

**U. S. Department of Justice**

*Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

---

Terry Sanford Federal Building
310 New Bern Avenue
Suite 800
Raleigh, North Carolina 27601-1461

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: June 5, 2019

TO: Clerk's Office
United States District Court
Raleigh, North Carolina

FROM: SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division

SUBJECT: United States v. David E. Piver
Docket No. 5:19-CR-230-1 (3) Western Division

The above-named case is being presented for an Indictment. The Indictment charges the defendant with conspiracy to commit visa fraud and false statements in an immigration proceeding and substantive counts, in violation of Title 18, United States Code, Sections 371, 1546(a), and 1015(a)

A previously filed Information in United States v. Ashish Prasad Bhattarai, 5:18-CR-00210-BO, is related to the above-named case in that it relates to the same series of transactions involving visa fraud and false statements in an immigration proceeding. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by: _____
ROBERT J. HIGDON, JR.
United States Attorney