
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-00230-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | |
| DAVID E. PIVER ) | |

The United States Attorney charges:

On or about April 13, 2018, in the Eastern District of North Carolina and elsewhere, the defendant, DAVID E. PIVER, aided and abetted Individual A.P.B., an alien, to knowingly file an application for registration containing false statements, that is, defendant PIVER filed an Application for Adjustment of Status (Form I-485) with United States Citizenship and Immigration Services stating that Individual A.P.B. had never claimed to be a United States citizen, when in fact, as defendant PIVER then and there knew, Individual A.P.B. had claimed to be a United States citizen in an Employment Eligibility Verification (Form I-9), on or about May 6, 2011, in violation of Title 8, United States Code, Section 1306(c), and Title 18, United States Code, Section 2.

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney