IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-230-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| DAVID E. PIVER, | |
| Defendant. | |

This matter is before the Court upon a motion by the Defendant to consolidate the plea and sentencing hearings in the above-referenced matter. For the reasons stated in Defendant's motion, Defendant's motion is hereby GRANTED. The Court finds that the information in the record as of the time of the hearing will enable the Court to meaningfully exercise its sentencing authority under 18 U.S.C. §3553.

IT IS HEREBY ORDERED that the Defendant's arraignment and sentencing hearings are hereby consolidated and scheduled for December 12, 2019.

This the 7 day of December, 2019.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE